February 24, 2012

Christopher Jarvinen, Esq.
Berger Singerman, LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

Re:   Maguire Group Holdings, Inc.
      Case No. 11-39347-RAM
      Chapter 11

Dear Mr. Jarvinen,

I am writing to register an objection to the proposed Chapter 11 Plan of Reorganization for MAGUIRE GROUP HOLDINGS, INC, et al.  Specifically I object to my claim being classified as a class 5 claim, "*General unsecured Claims not Necessary for the Continued Operation of the Reorganized Debtors*".  I believe my claim should be designated a class 4 claim, "*General Unsecured Claims Necessary for the Continued Operation of Reorganized Debtors*", or perhaps as a part of another unique class of claimants.

I have been, and continue to be a loyal employee of Maguire Group, for over 25 years.  There are a handful of other employees in a similar situation, that is former stockholders and currently senior management and staff that are now claimants.  We are all working hard to contribute to the continued operation of Reorganized Debtors.

My argument is that a positive resolution of the claims associated with this subset of claimants is critical to the "*Continued Operation of Reorganized Debtors*".  Maguire Group is in the service industry.  Its success is directly related to the efforts of their employees.  The employees need to believe they are on the same side as the employer, and supported by the employer.

I propose that another class of claims be established that is less impaired than class 5 in recognition of the important ant contribution that the current employees will make to the "*Continued Operation of the Reorganized Debtors*"

Sincerely,

David B. Freeman
75 Prospect Lane
Portsmouth, RI 02871
401-439-7760
dfreeman@maguiregroup.com

```
```

cc: Carlos A. Duart
President
Maguire Group Holdings
13940 SW 136th Street, Suite 100
Miami, FL 33186

Katherine Gould-Feldman
Clerk of the Bankruptcy Court for Southern District of Florida
Claude Pepper Federal Building
51 SW 1st Avenue
Miami, FL 33130

Office of the United States Trustee
51 SW First Avenue, Room 1204
Miami, FL 33130